396 A.2d 840

Pagliuca et al. v. City of Pittsburgh, Appellant.

Argued October

638

23, 1978.   Joseph A. Fricker, Jr., Assistant City Solicitor, for appellant;  J. Cris Soich, with him Stokes, Lurie & Tracy, for appellees.

Before PRICE, HESTER and WATKINS, JJ.

Judgment affirmed.